IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE GENE PATTERSON<br><br>        Appellant,<br><br>        v.<br><br>NACOLE M. JIPPING_7<br><br>        Appellee. | Case No. 3:24-cv-00096-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| TOMMIE GENE PATTERSON,<br><br>        Appellant,<br><br>        v.<br><br>NACOLE M. JIPPING_7,<br><br>        Appellee. | Case No. 3:24-cv-00098-SLG<br><br>CONSOLIDATED |

## **ORDER**

Appellant Tommie Gene Patterson has filed two appeals of two orders entered by the Bankruptcy Court. In Case No. 3:24-cv-00096, Mr. Patterson appeals from an order of the Bankruptcy Court dated April 19, 2024, *"Order Establishing that the Debtor's Interest in the Estate of Marion Patterson is Property of His Bankruptcy Estate."*[1] In Case No. 3:24-cv-00098, Mr. Patterson appeals from an order of the Bankruptcy Court dated April 17. 2024, *"Order Denying*

---

[1] Case No. 3:24-cv-00096, Docket 1.

*Debtor's Filing at DCK No. 71."*[2] Because the appeals appear to involve common questions of law and fact, and originate from the same Bankruptcy proceeding, the Court on its own initiative will consolidate these appeals. *See* Rule 42(a), Federal Rules of Civil Procedure. All further filings shall be made only in Case No. 3:24-cv-00096-SLG.

Also before the Court in each case is a motion for a 30 day enlargement of time to file a brief.[3] In each motion, Mr. Patterson states he is trying to find an attorney to represent him. Appellee Nacole Jipping, the Bankruptcy Trustee, filed an opposition to the motion in Case No. 3:24-cv-00096. In her opposition, she notes that Alaska Appellate Rule 502(b) is inapplicable in the federal District Court. Appellee is correct on this point; the Alaska Rules of Court do not apply in federal District Court. Instead, the Court will issue a scheduling order for the briefing in due course. Therefore, the motions are each DENIED as moot.

However, to date, Mr. Patterson has not complied with the Notice of Requirements for Perfection of Appeal that was sent to him by the Bankruptcy Court. Mr. Patterson was accorded until May 7, 2024 to file certain documents with this Court, which to date he has not yet done. This includes a statement of

---

[2] Case No. 3:24-cv-00098-SLG. Mr. Patterson's motion was entitled, "Motion to Pre[e]mp and Remove Judge Brown, Pursuant to Rule of Civil Procedure re 60(a)(b) Opposition, For Relief From Judge Brown Order Opposing Notice of Hearing on Renewed Motion for Entry of Order Establishing that Debto[r]'s Interest In and Right to Receive a Distribution from the Estate of Marion Patterson is Property of His Bankruptcy Estate No Zoom Hearing Required."

[3] Docket 3, Case No. 3:24-cv-00096-SLG; Docket 3, Case No. 3:24-cv-00098.

Case No. 3:24-cv-00096-SLG, *Patterson v. Jipping_7;* Case No. 3:24-cv-00098-SLG*, Patterson v. Jipping_7 (Consolidated).*
Order
Page 2 of 3

the issues to be presented in the appeals and a designation of those portions of the Bankruptcy Court's record that he believes should be included in the appellate record.[4]

Mr. Patterson is notified that if he does not comply with the Notice of Requirements for Perfection of Appeal by filing the requisite documents **within 14 days of the date of this order**, **these consolidated appeals may both be dismissed without further notice to him.**

Mr. Patterson also filed a request not to pay the filing fee in each case. However, he has not filed the requested financial information. Therefore, the requests are denied without prejudice. The Clerk of Court is directed to send an Application to Waive the Filing Fee (Non-Prisoner) to Mr. Patterson.

DATED this 10th day of June, 2024, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[4] See Notice of Requirements for Perfection of Appeal, Docket 1-1 in both cases. At Docket 5, in Case No. 3:24-cv-00096-SLG, Mr. Patterson filed a motion to amend his designation to add additional items to be included in the record on appeal. But the Court's file contains no designation

Case No. 3:24-cv-00096-SLG, *Patterson v. Jipping_7;* Case No. 3:24-cv-00098-SLG*, Patterson v. Jipping_7 (Consolidated).*
Order
Page 3 of 3
Case 3:24-cv-00098-SLG   Document 9   Filed 06/10/24   Page 3 of 3